# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| REGENA BRYANT,<br><br>       Plaintiff,<br><br>       v.<br><br>OPTUMRX PHARMACY, INC.; OPTUMRX, INC.; OPTUMRX PBM OF WISCONSIN, LLC; CATAMARAN PBM OF ILLINOIS, INC.; CATAMARAN PBM OF ILLINOIS II, INC.; UNITED HEALTHCARE SERVICES, INC.; UNTIED HEALTH GROUP; UNITED HEALTHCARE CORPORATION; EMPLOYERS PARENT, SUBSIDIARY AND AFFILIATED CORPORATIONS, THEIR PREDECESSORS, AND EACH OF THEIR PRESENT OR FORMER AGENTS, DIRECTORS, OFFICERS, EMPLOYEES, REPRESENTATIVES, SHAREHOLDERS, SUCCESSORS AND ASSIGNS, WHETHER IN THEIR OFFICIAL OR INDIVIDUAL CAPACITIES; AND DOES 1 - 50, inclusive,<br><br>       Defendants. | Case No. 8:16-cv-00478 DFM<br><br>**FINAL JUDGMENT AFTER JURY TRIAL**<br><br>Magistrate<br>Judge:     Douglas F. McCormick<br>Courtroom:  6B, 6th Floor<br><br>FPC:       June 16, 2017<br>Trial Date:  June 27, 2017 |

|  |  |
|---|---|
| 1 | This action came on regularly for trial on June 27, 2017, in the United States |
| 2 | District Court for the Central District of California, Magistrate Judge Douglas F. |
| 3 | McCormick presiding.  Plaintiff REGENA BRYANT appeared in pro per. |
| 4 | Defendants UNITED HEALTHCARE SERVICES, INC., OPTUM SERVICES, INC., |
| 5 | UNITEDHEALTH GROUP, INC., and OPTUMRX, INC. ("Defendants") were |
| 6 | represented by Michael S. Kalt and Christina C.K. Semmer of Wilson Turner Kosmo |
| 7 | LLP. |

A jury of 8 persons was impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and the arguments of the attorneys and parties, the jury was instructed by the Court. The jurors retired to consider their verdict. After returning to Court, the jury announced its verdict in favor of Defendants on Plaintiff's race discrimination claim under Title VII of the Civil Rights Act of 1964 and further announced its verdict in favor of Defendants on Plaintiff's age discrimination claim under the Age Discrimination in Employment Act.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that FINAL JUDGMENT is entered in the above-captioned action in favor of Defendants as the prevailing party in the amount of $8,157.04, as determined by the Court in its Order denying Plaintiff's motion to retax costs and denying Plaintiff's motion to stay the costs judgment pending appeal. (*See* Dkt. No. 232.)

DATED: September 26, 2017

THE HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

-1-	Case No. 8:16-cv-00478 DFM

FINAL JUDGMENT AFTER JURY TRIAL